IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

Civil Action No: 3:23mc00001

IN RE SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

MOTIONS BY DENNIS E. KING TO QUASH SUBPOENA AND TO
TRANSFER TO THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Dennis E. King ("King"), by counsel, moves: (1) to quash a subpoena served on him on January 12, 2023 by the Plaintiff in the matter of *Frank Brunckhorst III v. Eric Bischoff, et al.*, No. 21-CV-4362 (JPC) (S.D.N.Y.) (the "Subpoena"); and (2) pursuant to Fed. R. Civ. P. 45(f), to transfer the motion to quash to the United States District Court for the Southern District of New York, where this litigation is pending and which is the court that issued the Subpoena.

Counsel for King has conferred with counsel for Brunckhorst, who has consented to the requested transfer.

In support of his motions, King directs the Court's attention to his contemporaneously filed Memorandum in Support.

Date: January 27, 2023

Respectfully submitted,

DENNIS E. KING

By: /s/ Lewis F. Powell III
Lewis F. Powell III (VSB No. 18266)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
lpowell@huntonak.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

By /s/ Lewis F. Powell III
Lewis F. Powell III