IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

Civil Action No: 3:23mc00001

IN RE SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

PROPOSED ORDER

On this day came to be heard Dennis E. King's Motion to Quash Subpoena and to Transfer to the United States District Court for the Southern District of New York.

After having considered the Motion and Memorandum in Support, and noting that the Subpoena was issued by the United States District Court for the Southern District of New York in connection with the matter of *Frank Brunckhorst III v. Eric Bischoff, et al.*, No. 21-CV-4362 (JPC) (S.D.N.Y.), and noting further that the Subpoena was issued at the request of the Plaintiff, and noting further that the Plaintiff has consented to the requested transfer to the issuing court of King's Motion to Quash, the Court FINDS that the Motion To Transfer satisfies the requirements of Fed. R. Civ. P. 45(f) and is sought for good cause, and not for delay, and should be GRANTED. It is therefore,

ORDERED that the Motion To Transfer is GRANTED.

Signed on _____ \_\_\_\_\_, 202\_\_\_.

_____
Judge
United States District Judge