IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

Civil Action No: 3:23mc00001

IN RE SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

MEMORANDUM IN SUPPORT OF MOTIONS BY DENNIS E. KING TO QUASH SUBPOENA AND TO TRANSFER TO THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Dennis E. King ("King"), by counsel, respectfully submits this Memorandum In Support of his motions filed this day: (1) to quash a subpoena served on him on January 12, 2023 (the "Subpoena") by the Plaintiff in the matter of *Frank Brunckhorst III v. Eric Bischoff, et al.*, No. 21-CV-4362 (JPC) (S.D.N.Y.) (the "Boar's Head Litigation"); and (2) pursuant to Fed. R. Civ. P. 45(f), to transfer the motion to quash to the United States District Court for the Southern District of New York, where the Boar's Head Litigation is pending and which is the court that issued the Subpoena. The Boar's Head Litigation is a dispute among members of the family who control Boar's Head over which persons or trusts have the right to purchase certain shares of Boar's Head based on two contracts among the family members.

Counsel for King has conferred with counsel for Brunckhorst, who has consented to the requested transfer.

On January 25, 2023, Defendant Eric Bischoff filed a motion in the Southern District of New York to quash the Subpoena. Bischoff's "letter motion" to the presiding judge (the Hon. John P. Cronan) is appended to this Memorandum as Exhibit 1 and is incorporated by reference. On January 26, 2023, King served on all parties his Objections to the document request component of the Subpoena. A copy of those Objections is appended to this Memorandum as Exhibit 2 and is incorporated by reference.

While King is a personal friend and business associate of Bischoff, King has never served as an officer or employee of any Boar's Head entity. Nor has he had an ownership interest in Boar's Head. Nor does he have any knowledge of the past or present ownership structure of the Boar's Head enterprise or the contracts at dispute in the Boar's Head Litigation. King's current business relationship with Bischoff is unrelated to Boar's Head. Instead, it is a heavy equipment rental company in Petersburg, Virginia. In short, King has no personal knowledge of any information that is relevant to the claims and defenses that are apparently at issue in the Boar's Head Litigation.

Accordingly, requiring him to appear for a deposition would impose an "undue burden" on him. *See, e.g.*, *Va. Dep't of Corrs. v. Jordan*, 921 F.3d 180, 189 (4th Cir. 2019) ("Bystanders should not be drawn into the parties' dispute without some good reason . . . ."); *Cusumano v. Microsoft Corp.*, 162 F.3d 708, 717 (1st Cir. 1998) ("[C]oncern for the unwanted burden thrust upon non-parties is a factor entitled to special weight in evaluating the balance of competing needs."). For this reason, and pursuant to Rule 45(d)(3)(A)(iv), King respectfully submits that this Court, or preferably Judge Cronan, "must" quash (or at least modify) that portion of the Subpoena that purports to subject him to a deposition, no matter how brief it would surely be.

In addition, and for the reasons set forth in King's Objections to the Subpoena's request for documents, there are ample grounds to quash it, too.[1] But that will not be necessary, as there are no documents responsive to this request in any event.

Finally, Brunckhorst has agreed to suspend the Subpoena pending the outcome of Bischoff's (and now King's) motions to quash it. Therefore, King respectfully requests that this

---

[1] The lone document request in the Subpoena asks: "For the period 1999 through 2022, [produce] documents sufficient to identify the location, initial rental date, and termination date, if any, of all Post Office Boxes leased by [King]."

2

Court transfer his motion to quash to the Southern District of New York, to the attention of Judge Cronan, so that the issues now raised by Bischoff and King can be resolved efficiently and appropriately by the presiding judge in the Boar's Head Litigation.

Date:  January 27, 2023

Respectfully submitted,

DENNIS E. KING

By:  /s/ Lewis F. Powell III
Lewis F. Powell III (VSB No. 18266)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
lpowell@huntonak.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

By /s/Lewis F. Powell III
Lewis F. Powell III