# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE

FRANK BRUNCKHORST III;
FRANK BRUNCKHORST III, in his capacity as
trustee of the Frank Brunckhorst III 2001 Trust;
ERIC BISCHOFF,
        Plaintiffs,

Case No. 1:21cv04362JPC

v.

ERIC BISCHOFF; SUSAN STRAVITZ KEMP, in her capacity as
co-trustee of the Barbara Brunckhorst 1994 Trust;
SUSAN STRAVITZ KEMP, in her capacity as executrix of
the Estate of Barbara Brunckhorst; RICHARD TODD STRAVITZ,
in his capacity as co-trustee of the Barbara Brunckhorst 1994 Trust;
RICHARD TODD STRAVITZ, in his capacity as trustee of the
Barbara Brunckhorst 2010 Trust; RICHARD TODD STRAVITZ,
in his capacity as executor of the Estate of Barbara Brunckhorst.

## OBJECTIONS BY DENNIS E. KING TO DOCUMENT SUBPOENA

Dennis E. King ("King"), by counsel, objects for the following reasons to a document subpoena served on him by Plaintiff Frank Brunckhorst III ("Brunckhorst") on January 12, 2023 (the "Subpoena"). The Subpoena also commands King to appear for a deposition in Richmond, Virginia on January 30, 2023 (the "Deposition").

1.      On December 28, 2022, the Court entered an Order allowing certain specified and limited additional fact discovery (the "Additional Fact Discovery") to be taken by Defendant Eric Bischoff ("Bischoff") beyond the previously established deadline for concluding fact discovery, provided the Additional Fact Discovery would be completed not later than January 30, 2023. *See* ECF 212. The time specified by the Court in its December 28 Order for any further requests to

extend fact discovery expired on January 20. *Id*. at 6. Insofar as counsel for King is aware, Brunckhorst has neither sought nor been granted leave of court to take additional fact discovery.

    2.       The Subpoena seeks a single category of documents: "For the period 1999 through 2022, documents sufficient to identify the location, initial rental date, and termination date, if any, of all Post Office Boxes leased by [King]." The time period alone is overbroad.

    3.       King and Bischoff are friends. They have a business in Virginia that is wholly unrelated to anything having to do with the Boar's Head business. Even if it were true that King had one or more Post Office Boxes during the specified time period, it is difficult to conceive how that could possibly be relevant to any of the claims and defenses that are at issue in this matter.

The undersigned counsel for King has conferred this day with Brunckhorst's counsel Kevin Reed, who signed the Subpoena. Reed advised Powell that Brunckhorst has agreed to suspend the Subpoena and the Deposition until this Court resolves the motion to quash filed on January 25, 2023 by Defendant Eric Bischoff. Powell advised Reed that on January 27, 2023 King will nonetheless file motions in the United States District Court for the Eastern District of Virginia (Richmond Division) seeking: (a) to quash the Subpoena in its entirety; and (b) to transfer the motion to quash to this Court for disposition, as is allowed by Fed. R. Civ. P. 45(f).

Date: January 26, 2023                       Respectfully submitted,

DENNIS E. KING

By: /s/ Lewis F. Powell III
Lewis F. Powell III (VSB No. 18266)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
lpowell@huntonak.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, I caused a copy of the foregoing to be served via US Mail and email to the following counsel of record:

Andrew Shapiro
Quinn Emanuel Urquhart & Sullivan
191 N. Wacker Drive
Suite 2700
Chicago, IL 60606
312-705-7400
Fax: 312-705-7401
Email: andrewschapiro@quinnemanuel.com

Stephen Randall Neuwirth
Kathryn Delveaux Bonacorsi
Kevin Samuel Reed
Todd Beattie
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212)702-8100 x8165
Fax: (212)702-8200
Email: stephenneuwirth@quinnemanuel.com
Email: kathrynbonacorsi@quinnemanuel.com
Email: kevinreed@quinnemanuel.com
Email: toddbeattie@quinnemanuel.com

Kathleen Alice Lanigan
Quinn Emanuel Urquhart & Sullivan
1300 I Street NW
Ste 900
Washington, DC 20005
202-538-8282
Email: katlanigan@quinnemanuel.com

Michael Everett Swartz
Taleah Esperanza Jennings
Schulte Roth & Zabel
919 Third Avenue
New York, NY 10022
212-756-5955
Email: Michael.swartz@srz.com
Email: taleah.jennings@srz.com

Thomas Livingstone Mott
Kasowitz, Benson, Torres
1633 Broadway
New York, NY  10019
212-756-10019
Email: Thomas.mott@srz.com

Elahe Hosseini
Randall Thomas Adams
Schulte Roth & Zabel
919 Third Avenue
New York, NY 10022
212-756-2000
Email: Elahe.Hosseini@srz.com
Email: Randall.Adams@srz.com

Elizabeth F. Tyler
Meghan Lynne Gehr Hubbard
Richard Cullen
Ryan David Frei
Alicia Penn
Brooke Alexandra Weedon
Stanley Abbott Roberts
McGuireWoods
Gateway Plaza 800 East Canal Street
Richmond, VA  23219
804-775-4757
Email: etyler@mcguirewoods.com
Email: mghubbard@mcguirewoods.com
Email: rcullen@mcguirewoods.com
Email: rfrei@mcguirewoods.com
Email: apenn@mcguirewoods.com
Email: bweedon@mcguirewoods.com
Email: sroberts@mcguirewoods.com

Philip A. Boldstein
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020
212-548-2167
Email: pagoldstein@mcguirewoods.com

By /s/ Lewis F. Powell III
    Lewis F. Powell III

4